| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Cleveland James Wilson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Louisiana |
| Case number | 1830953 |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo USA Holdings, Inc.

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $827.78

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 7 6

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____        New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☐ No
   - ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 7.62500%         New interest rate: 8.12500%
   Current principal and interest payment: $ 810.26     New principal and interest payment: $ 827.78

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change:

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1      Notice of Mortgage Payment Change      page 1

| Debtor 1 | Cleveland James Wilson | Case number (if known) 1830953 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darshana H. Shah                      Date  12/07/2018
Signature

Print:  SHAH,DARSHANA H                    VP Loan Documentation
        First Name   Middle Name   Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                   MN    55121-7700
         City                    State  ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                    Email

Official Form 410S1         **Notice of Mortgage Payment Change**         page **2**

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

Chapter 13 No. 1830953
Judge: John W. Kolwe

In re:

Cleveland James Wilson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 10, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid

Cleveland James Wilson
23 Cumpton Rd.

Rayville LA 71269

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid

Elijah Orum Young, III
E. Orum Young Law, LLC
200 Washington St.

Monroe LA 71201

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid

E. Eugene Hastings (Ch 13 Trustee)
Chapter 13 Trustee
POB 14839

Monroe LA 71207

/s/Darshana H. Shah
―――――――――――――――――――
VP Loan Documentation
Wells Fargo Bank, N.A.



WELLS FARGO HOME MORTGAGE  
RETURN MAIL OPERATIONS  
PO BOX 14472  
DES MOINES, IA 50306

**Account Information**

| | |
|---|---|
| Fax: | (866) 278-1179 |
| Telephone: | (866) 234-8271 |
| Correspondence: | PO Box 10335<br>Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 a.m. - 10 p.m.,<br>Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | |
| Property Address: | 23 Cumpton Rd<br>Rayville LA 71269 |

CLEVELAND WILSON  
BETSY WILSON  
23 CUMPTON RD  
RAYVILLE, LA 71269

November 1, 2018

### Changes to Your Mortgage Interest Rate and Payments on January 01, 2019.

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a six month period during which your interest rate stayed the same. That period ends on December 01, 2018, so on that date your interest rate changes. After that, your interest rate may change every six months for the rest of your loan term.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 7.62500% | 8.12500% |
| Principal and Interest | $810.26 | $827.78 |
| **Total Monthly Payment** | $810.26 | $827.78<br>(due January 01, 2019) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 5.25000% and your margin is 2.90000%. Your "Prime Rate; The Last Business Day Of The Month" index is published monthly by the Wall Street Journal.

**Interest Rate Limits:** Your interest rate cannot go lower than 2.90000% during the life of the loan. Your interest rate cannot go higher than 14.65000% during the life of the loan. Your interest rate can increase on this Change Date by no more than 1.00000%. Your interest rate can decrease on this Change Date by no more than 1.00000%.

Page 2 of 2

| Account Information | |
|---|---|
| Loan Number: | ▮▮▮▮▮▮▮▮▮▮ |
| Property Address: | 23 Cumpton Rd<br>Rayville LA 71269 |

### Changes to Your Mortgage Interest Rate and Payments on January 01, 2019.

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the "Prime Rate; The Last Business Day Of The Month" index, your margin, a projected loan balance of $50,032.14, and a remaining loan term of 78 months. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Prepayment Penalty:** None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR158  708    0050